**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SGT AUTO TRANSPORT CORP. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2026-cv-1056 |
| | ) | |
| NEXUS AT LLC d/b/a NEXUS AUTO TRANSPORT, | ) | Hon. Matthew F. Kennelly |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL**

Defendant, Nexus At LLC d/b/a Nexus Auto Transport ("Defendant") seeks leave to file the appearance of attorney Keith E. Allen of Laner Muchin, Ltd. as substitute counsel in the above-captioned matter and move to withdraw the appearance of Kyle T. Geiger on Defendant's behalf. In support of this motion, Defendant states as follows:

1. Defendant is currently represented by Ashley D. Pendleton of Laner Muchin, Ltd.

2. Kyle T. Geiger served as the handling, *i.e.*, day-to-day, attorney for Defendant. Mr. Geiger's employment with Laner Muchin, Ltd. concluded effective March 12, 2026. Defendant therefore requests that Mr. Geiger's appearance be withdrawn in this case.

3. Defendant will continue to be represented by Ms. Pendleton and Mr. Allen, therefore, granting this Motion will not prejudice Defendant.

WHEREFORE, Defendant respectfully request that this Honorable Court grant it leave to file the appearance of Keith E. Allen as substitute counsel and to have the appearance of Kyle T. Geiger withdrawn.

Dated: March 12, 2026

Respectfully submitted,

NEXUS AT LLC d/b/a NEXUS AUTO TRANSPORT

By: /s/ Ashley D. Pendleton
Ashley D. Pendleton
One of its Attorneys

Ashley D. Pendleton
Laner Muchin, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois 60654
Phone:(312) 467-9800
apendleton@lanerlaw.com

**CERTIFICATE OF SERVICE**

I, Ashley D. Pendleton, an attorney, hereby certify that on March 12, 2026, I caused to be served a copy of the foregoing **Defendant's Motion to Substitute Counsel**, in the above-captioned matter to be filed with the Court and served upon the party of record below by operation of the Court's filing system to:

Sanjay K. Murthy
Rocco J. Screnci
McAndrews, Held & Malloy, Ltd
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Tel: 312.775.8000
smurthy@mcandrews-ip.com
rscrenci@mcandrews-ip.com

*/s/ Ashley D. Pendleton*
Ashley D. Pendleton